Entered: May 31, 2012      Case 09-00645   Doc 105   Filed 05/31/12   Page 1 of 3
Signed: May 30, 2012
**SO ORDERED**



**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MAYRLAND
Baltimore Division

**IN RE:**                                              Case No. 09-11873
                                                        **Chapter 7**

Daniel M. Lopez**,**
      **DEBTOR**

_____

Chunyen Chang and Michael Espey**,**
                                                        **Adv. Pro. No.** 09-00645
      **PLAINTIFFS,**

v.

Daniel M. Lopez
      **DEFENDANT**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

STIPULATION AND ORDER OF DISMISSAL

    COME NOW the Parties, by and through the undersigned counsel, and jointly stipulate and represent to the Court as follows:

1

1. On February 28, 2012, the Parties entered into a confidential Settlement Agreement and Release.

2. The parties have agreed to settle this matter, without admission of fault or liability, or lack thereof, as a settlement of a disputed matter.

3. The parties stipulate to the dismissal of this Adversary Proceeding with prejudice.

4. The parties stipulate and agree, and the Court SO ORDERS, that the obligations of the Debtor/Defendant under the Settlement Agreement and Release shall be non-dischargeable pursuant to 11 U.S.C. § 523(a). In the event of a default thereunder, the aggrieved party/ies may proceed with the default remedies in the Settlement Agreement and Release in a non-bankruptcy court of competent jurisdiction without further order of this Court.

SEEN AND AGREED:

\_\_/s/ Jonathan E. Levine_____
Jonathan E. Levine, Bar No. 17490
FIORE & LEVINE, PLLC
5311 Heritage Square
Arlington, VA 22207
(703) 525-2668
(703) 525-8393 [facsimile]
jonathan.levine@fiorelevine.com
Counsel for Plaintiff

/s/ Daniel M. Press_____
Daniel M. Press, Bar No. 07300
CHUNG & PRESS, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com
Counsel for Defendant


Copies to the above

3

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

      /s/ Daniel M. Press_____
      Daniel M. Press


      END OF ORDER